FILED _____ ENTERED
LOGGED _____ RECEIVED

OCT 15 2025

AT BALTIMORE
CLERK, U.S DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** SAG-25-302 |
| **v.** | **(Assaulting, Resisting, or Impeding Certain Officers or Employees, 18 U.S.C. § 111(a)(1)(b))** |
| **DEMETRIS WHITE,** | |
| **Defendant.** | |

## INDICTMENT

### COUNT ONE
(Assaulting, Resisting, Or Impeding Certain Officers or Employees, Inflicting Bodily Injury)

The Grand Jury for the District of Maryland charges that:

On or about May 19, 2025, in the District of Maryland, the defendant,

**DEMETRIS WHITE,**

did willfully forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in Title 18 United States Code, Section 1114, and caused physical contact and inflicted bodily injury, that is, by thrusting his head into the face of C.C., a Federal Protective Service Officer, who was engaged in the performance of official duties, causing lacerations and bleeding to his mouth.

18 U.S.C. § 111(a)(1)(b)

Kelly O. Hayes
United States Attorney

**SIGNATURE REDACTED**

Foreperson

Date: October 15, 2025